**Electronically Filed**
**Supreme Court**
**SCWC-21-0000220**
**28-SEP-2022**
**02:04 PM**
**Dkt. 15 ODAC**

SCWC-21-0000220

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL G. JONES and JENNIFER O. JOHNSTON-JONES,
as Trustees of the Michael G. Jones and Jennifer O. Johnston-Jones Family Trust Dated March 15, 2007,
Respondents/Plaintiffs/Counterclaim Defendants-Appellees,

vs.

COLLEEN O'SHEA BRADY,
Petitioner/Defendant/Counterclaimant/Third-Party Plaintiff-Appellant,

vs.

MICHAEL G. JONES and JENNIFER O. JOHNSTON-JONES, individually,
Third-Party Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000220; CASE NO. 2CC171000212)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant/Counterclaimant/Third-Party

Plaintiff-Appellant Colleen O'Shea Brady's Application for Writ

of Certiorari filed on August 7, 2022, is rejected.

DATED: Honolulu, Hawai'i, September 28, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins